**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JENNINE LABUZAN**                                                       **PETITIONER**

**V.**                                                       **NO. 4:26-CV-60-DMB-JMV**

**THE UNITED STATES MARSHAL**
**FOR THE NORTHERN DISTRICT**
**OF MISSISSIPPI**                                                       **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order entered this date, this case is dismissed.

**SO ORDERED**, this 7th day of July, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**